James A. Michel
State Bar No. 184730
2912 Diamond St. #373
San Francisco CA 94131
415/ 239-4949
(Fax 239-0156)
attyjmichel@gmail.com

Attorney for Plaintiff
CHRISTOPHER NORBERG

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND COURTHOUSE

| | |
|---|---|
| CHRISTOPHER NORBERG, an individual,<br><br>        Plaintiff,<br><br>        v.<br><br>ELECTRONIC DOCUMENT PROCESSING, INC., dba EDP LEGAL SERVICES, INC., a California corporation; JACOBBI B. WILLIAMS, individually and in his official capacity; and DOES 1 through 10, inclusive,<br><br>        Defendants.<br>_____/ | Case No. C 14-533 CRB<br><br>STIPULATION OF DISMISSAL 5B8 ORDER<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, CHRISTOPHER NORBERG, and Defendants, ELECTRONIC DOCUMENT PROCESSING, INC. dba EDP LEGAL SERVICES, INC. and JACOBBI B. WILLIAMS, stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled; therefore, the claims asserted by Plaintiff, CHRISTOPHER NORBERG, against Defendants, ELECTRONIC DOCUMENT PROCESSING, INC. dba EDP LEGAL SERVICES,

INC. and JACOBBI B. WILLIAMS in the above-entitled case are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

    2. Each party shall bear its own costs and attorney fees.

DATED: April 30, 2014            /s/ James A. Michel
JAMES A. MICHEL
Attorney for Plaintiff
CHRISTOPHER NORBERG

DATED: May 1, 2014            /s/ Steven S. Nimoy
STEVEN S. NIMOY
Soltman, Levitt, Flaherty & Wattles LLP
Attorneys for Defendants
ELECTRONIC DOCUMENT PROCESSING, INC. dba EDP LEGAL SERVICES, INC. and JACOBBI B. WILLIAMS

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

DATED: ¨A Un) ž&S% ........................................

HON. _____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

- 2 -
STIPULATION OF DISMISSAL AND ORDER